# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER BURRELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action Number** |
| ) | **2:14-cv-01489-AKK** |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC and** ) | |
| **CAPITAL ONE BANK, N.A.,** ) | |
| | |
| Defendants. | |

### ORDER

Pursuant to the parties' joint stipulation of dismissal, doc. 17, this matter is **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorney's fees, costs, and expenses.

**DONE** this 8th day of October, 2014.

_____
 **ABDUL K. KALLON**
 UNITED STATES DISTRICT JUDGE